# CASES IN WHICH THE OPINIONS WERE NOT REPORTED IN FULL.

MUNICIPALITY OF FAJARDO ET AL., PLAINTIFFS AND APPELLEES, v. AXTMAYER ET AL., DEFENDANTS AND APPELLANTS.

## First District Court of San Juan.

Nos. 2725 and 2726.—Decided July 2, 1923.

Modifying the judgments of May 11, 1923, which dismissed the complaints for misjoinder of parties plaintiff, because the Municipality of Fajardo had no cause of action against the defendants, the judgments were affirmed in so far as adverse to the principal debtor who did not complain and against whom the evidence was sufficient.

MR. JUSTICE ALDREY delivered the opinion of the court.

---

PEOPLE, PLAINTIFF AND APPELLEE, v. PIRIS, DEFENDANT AND APPELLANT.

## District Court of Ponce.

No. 2093.—Decided July 24, 1923.

The first assignment of error was the insufficiency of the information which charged the theft of "personal property valued at more than $100" without further description or identification of the property.

The *Fiscal* agreed that the information was fatally defective and the Supreme Court so held, reversing the judgment appealed from.

MR. JUSTICE HUTCHISON delivered the opinion of the court.